# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**RICARDO LOZANO,**

        **Plaintiff,**

**v.**                                        **Case No: 6:17-cv-648-Orl-37TBS**

**SIX UNKNOWN AGENTS, et al.,**

        **Defendants.**

## ORDER

This cause is before the Court on initial review of the Complaint (Doc. 1). Plaintiff appears to reside in Pasadena, California, and it is not clear if he is currently incarcerated. Plaintiff is proceeding *pro se*, and he filed what purports to be a civil rights complaint; however, he failed to either pay the required filing fee or submit a motion for leave to proceed *in forma pauperis*. Additionally, the Complaint is not written on the form required for use by *pro se* litigants.

Plaintiff's allegations are insufficient to state a cause of action under section 1983. Nowhere does Plaintiff assert identifiable causes of action or make coherent factual allegations that could give rise to a valid cause of action. It is virtually impossible to ascertain whom he is seeking relief from or what relief he is seeking. In fact, Plaintiff's allegations are virtually unintelligible. Consequently, because Plaintiff's action lacks an arguable basis in law, it is dismissed as frivolous.

Accordingly, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED**. The Clerk of the Court is directed to enter judgment in favor of Defendants and to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 12th, 2017.



ROY B. DALTON JR.
United States District Judge

Copies furnished to:

Unrepresented Party
OrlP-2 4/12